**Order entered October 27, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00206-CV

### JANATA MONTGOMERY, Appellant

### V.

### SOUTHERN METHODIST UNIVERSITY, Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-17588

### ORDER

Before the Court is appellant's October 23, 2020 Amended Response to the Mandate. Appellant asks this Court to void the mandate because it provides that appellee shall recover its costs of the appeal from appellant even though she is indigent. *See* TEX. R. APP. P. 43.4 (indigent party must not be required to pay costs of appeal). Although the provision that appellee recover its costs of the appeal from appellant is void, this Court no longer has plenary jurisdiction to modify the judgment. *See id.* 19.1. Accordingly, we **DENY** the motion.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE